USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 06/24/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In Re Magnum Hunter Resources Corporation Securities Litigation

13 CIVIL 2668 (KBF)
**JUDGMENT**
and all member and related cases

---------------------------------------------------------X

Defendants Credit Suisse Securities (USA) LLC and Citigroup Global Markets Inc. having moved to dismiss (Doc. #101) the Amended Complaint pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), and Defendants Stephen C. Hurley, H.C. "Kip" Ferguson, III, Joe L. McClaugherty, Steven A. Pfeifer, Ronald D. Ormand, David S. Krueger, Jeff Swanson, Victor G. Carillo, J. Raleigh Bailes, Sr., Gary C. Evans, Magnum Hunter Resources Corporation, Fred J. Smith, Jr., Brad Bynum also having moved to dismiss (Doc. #96) pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), and the matter having come before the Honorable Katherine B. Forrest, United States District Judge, and the Court, on June 23, 2014, having rendered its Opinion & Order (Doc. #123) granting Defendants' motion to dismiss the complaint and directing the Clerk of Court to close the motions at ECF Nos. 96 and 101 and terminate this action, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 23, 2014, Defendants' motion to dismiss the complaint is granted and the Clerk of Court shall close the motions at ECF Nos. 96 and 101; accordingly, the case is closed.

**Dated:** New York, New York
June 24, 2014

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**