**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MAGNUM HUNTER RESOURCES CORP. SECURITIES LITIGATION | No. 13 Civ. 2668 (KBF)<br><br>NOTICE OF APPEAL |

PLEASE TAKE NOTICE that Lead Plaintiff Edward Paige, on behalf of himself and all others similarly situated, appeals to the United States Court of Appeals for the Second Circuit from the opinion and order granting Defendants' motions to dismiss entered in this action on June 23, 2014, and the Clerk's judgment entered on June 24, 2014.

Dated: July 22, 2014

**COHEN MILSTEIN SELLERS & TOLL PLLC**

  /s/ S. Douglas Bunch
Steven J. Toll
Daniel S. Sommers
S. Douglas Bunch (SB-3028)
Genevieve O. Fontan (GF-1906)
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Tel.: (202) 408-4600
Fax: (202) 408-4699

Michael Eisenkraft (ME-6974)
88 Pine St., 14th Floor
New York, NY 10005
Tel.: (212) 838-7797
Fax: (212) 838-7745

*Attorneys for Lead Plaintiff Edward Paige and Lead Counsel for the Class*

Kimberly Donaldson Smith
Catherine Pratsinakis
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 W. Lancaster Ave.
Haverford, PA 19041
Tel.: (610) 642-8500
Fax: (610) 649-3633

*Counsel for Plaintiff Delaware County Employees Retirement Fund*

1

Peter Safirstein
Elizabeth Metcalf
**MORGAN & MORGAN, P.C.**
28 W. 44th St., Suite 2001
New York, NY 10036
Tel.: (212) 564-1637
Fax: (212) 564-1807

*Counsel for Plaintiffs Mark Hinnau and Mike Gretschel*

Jonathan Gardner
Angelina Nguyen
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel.: (212) 907-0700
Fax: (212) 818-0477

*Additional Counsel for Plaintiffs*

2